UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-2556 (DLF) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch and Defendant the Department of Justice, and its component the Federal Bureau of Investigation ("FBI"), through undersigned counsel, file this joint status report to apprise the Court of the progress in this action arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking disclosure of records relating to communications between the former Assistant Special Agent in Charge of the Washington Field Office and the non-profit organization American Oversight relating to certain key terms. *See* Compl. ¶ 5. Prior to initiation of the lawsuit, the FBI sent Plaintiff a *Glomar* response premised on FOIA Exemptions 6 and 7(C). Plaintiff indicates that it appealed that response to the Office of Information Policy ("OIP") but did not receive a response. The parties are meeting and conferring regarding the status of Plaintiff's appeal and to determine the next steps in the litigation. In light of this, the parties propose filing a status report on or before March 2, 2026, proposing a schedule for further proceedings. A proposed order is attached.

Dated: December 29, 2025                    Respectfully submitted,

 /s/ Meredith L. Di Liberto
MEREDITH L. DI LIBERTO
D.C. Bar No. 487733
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: mdiliberto@judicialwatch.org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:            */s/ Brenda Gonzalez Horowitz*
BRENDA GONZALEZ HOROWITZ,
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-2556 (DLF) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before March 2, 2026, proposing a schedule for further proceedings.

SO ORDERED.

_____          _____
Dated                                                   DABNEY L. FRIEDRICH
                                                        United States District Judge