UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 25-2556 (DLF)

**JOINT STATUS REPORT**

Plaintiff Judicial Watch and Defendant the Department of Justice, and its component the Federal Bureau of Investigation ("FBI"), through undersigned counsel, file this joint status report to apprise the Court of the progress in this action arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking disclosure of records relating to communications between the former Assistant Special Agent in Charge of the Washington Field Office and the nonprofit organization American Oversight relating to certain specified terms. *See* Compl. ¶ 5. Prior to initiation of the lawsuit, the FBI sent Plaintiff a *Glomar* response premised on FOIA Exemptions 6 and 7(C).

As noted in the last Joint Status Report (ECF No. 9, filed December 29, 2025), Plaintiff indicated that it appealed the FBI's *Glomar* response to the Office of Information Policy ("OIP") but did not receive a response. On March 2, 2026, OIP administratively closed that appeal because it has become the subject of litigation, and sent Plaintiff a letter via email confirming administrative closure.

The parties require additional time to confer regarding the next steps in the litigation. In light of this, the parties propose filing a status report on or before May 4, 2026, proposing a schedule for further proceedings.

Date:   March 2, 2026

*/s/ Meredith Di Liberto*
MEREDITH DI LIBERTO
D.C. Bar No. 487733
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199 Email:
mdiliberto@judicialwatch.org

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Samuel Settle*
SAMUEL G. Settle
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7705
samuel.settle@usdoj.gov

*Attorneys for the United States of America*